STATE OF NEW JERSEY v. LUCILLE F. BROWN.

December 16, 1986.

Petition for certification denied.   (See 212 *N.J.Super.* 61)

STATE OF NEW JERSEY v. CARMEN LORRAINE DANIELS.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE J. TAYLOR.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. GREGORY ARNOLD.

December 16, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT QUIGG.

December 16, 1986.

Petition for certification denied.